UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| Robert Gene Bailey, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| R.M. Ashley, C.C. Blake, Joseph Gardner, | ) | 5:13-CV-302-BR |
| P.J. Graham, K.D. Mackey, Ron Smith, | ) | |
| William C. Toman, Jr. and | ) | |
| Unknown Female Officer, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**Decision by Court.**

This action came before Senior United States District Judge W. Earl Britt for frivolity review pursuant to 28 U.S.C. § 1915.

**IT IS ORDERED, ADJUDGED AND DECREED** that this action is hereby dismissed pursuant to 28 U.S.C. § 1915(g).

**This judgment filed and entered on April 25, 2013, and served on:**

Robert Gene Bailey (via US Mail at Hyde Correctional Institution, PO Box 278, Swan Quarter, NC 27885)

April 25, 2013                             /s/ Julie A. Richards,
                                              Clerk of Court